Chairperson, Hon. Blair Jones, Member, Hon. Richard Simonton and Member, Hon. Ray Dayton.

### The District Court of the 11th Judicial District.
### County of Flathead.

STATE OF MONTANA,
    Plaintiff,

vs.

LANE PRICE,
    Defendant.

CAUSE NO. DC-09-215

DECISION

On October 1, 2009, the defendant was sentence to a commitment to the Department of Corrections for a term of thirteen (13) months, followed by a four (4) year suspended period of commitment to the Department of Corrections, for the offense of Count I: Driving Under the Influence of Alcohol, a felony. This sentence shall run consecutively to the sentences imposed in DC-97-162 and DC-09-362.

On May 7, 2010, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by Eric Olson. The state was not represented.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

Rule 17 of the Rules of the Sentence Review Division of the Supreme Court of Montana provides that "the sentence imposed by the District Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed clearly inadequate or excessive." (§46-18-904(3), MCA).

The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is

inadequate or excessive.

Therefore, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

Done in open Court this 7th day of May, 2010.

DATED this 26th day of May, 2010.

Chairperson, Hon. Blair Jones, Member, Hon. Richard Simonton and Member, Hon. Ray Dayton.